**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NO. 2:10-MJ-1560 |
| v. | ) |
| ERIC LOPEZ, | ) ORDER OF DETENTION |
| Defendant. | ) |

I.

A. ( )  On motion of the Government in a case allegedly involving:

    1. ( )  a crime of violence.

    2. ( )  an offense with maximum sentence of life imprisonment or death.

    3. ( )  a narcotics or controlled substance offense with maximum sentence of ten or more years .

    4. ( )  any felony - where the defendant has been convicted of two or more prior offenses described above.

    5. ( )  any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C § 2250.

B. (✓)  On motion by the Government / ( ) on Court's own motion, in a case

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1    allegedly involving:

2    ( ✓ )   On the further allegation by the Government of:

3    1. ( ✓ )   a serious risk that the defendant will flee.

4    2. ( )   a serious risk that the defendant will:

5       a. ( ) obstruct or attempt to obstruct justice.

6       b. ( ) threaten, injure, or intimidate a prospective witness or juror or

7          attempt to do so.

8    C. The Government ( ) is/ ( ) is not entitled to a rebuttable presumption that no

9       condition or combination of conditions will reasonably assure the defendant's

10      appearance as required and the safety of any person or the community.

11

12                                    II.

13   A. (✓)   The Court finds that no condition or combination of conditions will

14          reasonably assure:

15   1. (✓)   the appearance of the defendant as required.

16      (✓)   and/or

17   2. (✓)   the safety of any person or the community.

18   B. ( )   The Court finds that the defendant has not rebutted by sufficient

19          evidence to the contrary the presumption provided by statute.

20

21                                   III.

22   The Court has considered:

23   A. the nature and circumstances of the offense(s) charged, including whether the

24      offense is a crime of violence, a Federal crime of terrorism, or involves a minor

25      victim or a controlled substance, firearm, explosive, or destructive device;

26   B. the weight of evidence against the defendant;

27   C. the history and characteristics of the defendant; and

28   D. the nature and seriousness of the danger to any person or to the community.

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

**IV.**

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

**V.**

The Court bases the foregoing finding(s) on the following:

A. (✓)    As to flight risk: Defendant has significant ties to Mexico, including his own foreign travel to that country.  Defendant also has a substance abuse history.

B. (✓)    As to danger: Defendant appears to be affiliated with a gang known as "Surenos 13" and a notable criminal history, including prior acts of violence.

**VI.**

A. ( )    The Court finds that a serious risk exists that the defendant will:

    1. ( ) obstruct  or  attempt to  obstruct  justice.

    2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B. The Court bases the foregoing finding(s) on the following: _____

_____

_____

_____

_____

_____

_____

_____

**VII.**

1    A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

2    B. IT IS FURTHER ORDERED that the defendant be committed to the

3        custody of the Attorney General for confinement in a corrections facility

4        separate, to the extent practicable, from persons awaiting or serving

5        sentences or being held in custody pending appeal.

6    C. IT IS FURTHER ORDERED that the defendant be afforded reasonable

7        opportunity for private consultation with counsel.

8    D. IT IS FURTHER ORDERED that, on order of a Court of the United States

9        or on request of any attorney for the Government, the person in charge of

10       the corrections facility in which the defendant is confined deliver the

11       defendant to a United States marshal for the purpose of an appearance in

12       connection with a court proceeding.

13

14   DATED: June 28, 2010

15                                          HON. JAY C. GANDHI
                                            UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**